NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID CODREA, OWEN MONROE, SCOTT HEUMAN,**
*Plaintiffs-Appellants*

**v.**

**MERRICK B. GARLAND, Attorney General, BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES,**
*Defendants-Appellees*

---

2021-1707

---

Appeal from the United States District Court for the District of Columbia in No. 1:18-cv-03086-DLF, Judge Dabney Langhorne Friedrich.

---

Before PROST, TARANTO, and HUGHES, *Circuit Judges.*

TARANTO, *Circuit Judge.*

## O R D E R

In light of the Supreme Court's recent decision in *Garland v. Cargill*, 144 S. Ct. 1613 (June 14, 2024), which involved the same rule at issue in this case, the parties file a joint response requesting that this court vacate the existing judgment in the government's favor and remand to the

2                                                    CODREA v. GARLAND

district court to permit the parties and the district court to resolve the remaining disputes in this case.

Upon consideration thereof,

It Is Ordered That:

(1) The February 19, 2021 order and opinion of the United States District Court for the District of Columbia is vacated, and the case is remanded for proceedings consistent with the Supreme Court's decision in *Cargill*.

(2) Each party shall bear its own costs.

FOR THE COURT

July 22, 2024
Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE: July 22, 2024